O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR10-1121-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| RONALD J. SANCHEZ, ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. ) | |
| _____ ) | |

On December 14, 2015, this matter came before the Court on Petition on Probation and Supervised Release originally filed on or around September 13, 2013, December 3, 2015, and December 11, 2015.  Government counsel, Julius Nam, the defendant and his appointed DFPD attorney, David Sutton, were present.  The U.S. Probation Officer, Mahogany Thomas, was also present.

The defendant admits allegations 1 and 2, in violation of his supervised release as stated in the petition filed on or around September 13, 2013, December 3, 2015, and December 11, 2015.  The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on March 7, 2011.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked.  The defendant is hereby committed to the custody of the Bureau of Prisons for a term of one (1) month, to be served consecutively to the sentence

1  imposed in the Southern District of California, Docket Number CR13-03496. No
2  supervision to follow. The Court hereby recommends that the defendant be designated to
3  Big Spring FCI, located in Texas.

6  FILE/DATED:    December 15, 2015

*Christina A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: \_\_\_/S/_____
   Connie Lee, Deputy Clerk